```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :
        v.                      :
                                :
NAIM PRYOR                      :       NO. 03-349-1
```

ORDER

AND NOW, this 23rd day of April, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Naim Pryor to correct, vacate, or set aside his conviction and sentence pursuant to 18 U.S.C. § 3582(c) is DENIED.

                                                BY THE COURT:

                                                /s/ Harvey Bartle III
                                                                                    C.J.