```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| NAIM PRYOR | : | NO. 03-349 |

<u>ORDER</u>

And NOW, this 27th day of April, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the emergency motion of the defendant to lift the warrant and detainer and to allow for his release after he posts bail in the state court (Doc. # 187) is GRANTED without prejudice.

BY THE COURT:

/s/ Harvey Bartle III
_____
                     J.